**E-filed 5/17/06**

1  MITCHELL SILBERBERG & KNUPP LLP
   STEVEN M. SCHNEIDER (State Bar No. 58241)
2  MARK A. WASSERMAN (State Bar No. 98811)
   SAMANTHA C. GRANT (State Bar No. 198130)
3  11377 West Olympic Boulevard
   Los Angeles, California 90064-1683
4  Telephone: (310) 312-2000
   Facsimile: (310) 312-3100
5
   Attorneys for Defendant
6  GLOBAL EXCHANGE SERVICES, INC.,
   a Delaware Corporation
7
   KASTNER | BANCHERO LLP
8  ERIC C. KASTNER
   SYDNEY L. HOWELL
9  2465 E. Bayshore Road, Ste. 405
   Palo Alto, CA 94303
10 Telephone: (650) 967-7854
   Facsimile: (650) 320-9640
11
   Attorneys for Plaintiff
12 TERRANCE SOPIRA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TERRANCE SOPIRA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>GLOBAL EXCHANGE SERVICES, INC., a Delaware Corporation; and DOES 1 through 20,<br><br>Defendants. | CASE NO. C 05-03292 HRL<br><br>**STIPULATION TO STAY CIVIL ACTION PENDING RESOLUTION OF FINAL AND BINDING ARBITRATION; [PROPOSED] ORDER THEREON** |

Mitchell
Silberberg &
Knupp LLP

STIPULATION TO STAY CIVIL ACTION

1   Plaintiff Terrance Sopira ("Plaintiff") and Defendant Global Exchange Services,
2   Inc. ("Defendant" or "GXS") hereby agree to this Stipulation in reference to the following facts
3   and statements:
4
5   WHEREAS, on May 16, 2005, Plaintiff filed the Complaint in this action in
6   Superior Court of the State of California for the County of Santa Clara, Case Number
7   105CV41251;
8
9   WHEREAS, on July 15, 2005, 2005, Plaintiff served Defendant with the Complaint
10  in this action;
11
12  WHEREAS, on August 12, 2005, Defendant removed this action to the United
13  States District Court for the Northern District of California, San Jose Division;
14
15  WHEREAS, on or about August 16, 2005, Plaintiff and Defendant, through their
16  respective counsel, stipulated pursuant to an Agreement to submit the claims contained in this
17  action to final and binding arbitration before the Judicial Arbitration and Mediation Service
18  ("JAMS"); and
19
20  WHEREAS, on or about August 16, 2005, Plaintiff filed a Demand for Arbitration
21  with JAMS to resolve the claims contained in this action through final and binding arbitration.
22
23  NOW, THEREFORE IT IS HEREBY AGREED AND STIPULATED, by the
24  parties, through their respective duly authorized attorneys of record:
25
26  1.   This action shall be stayed pending the completion of final and binding
27  arbitration;
28

Mitchell
Silberberg &
Knupp LLP

1
STIPULATION TO STAY CIVIL ACTION

2.   This Court shall retain jurisdiction over this action pending completion of final and binding arbitration;

3.   The parties shall promptly notify this Court when the final and binding arbitration has been completed, at which time the parties shall file a stipulation to dismiss this action; and

4.   Nothing herein prevents either party from seeking judicial review of any arbitration award in this matter pursuant to the terms of the arbitration agreement or from bringing a petition under applicable law to enforce, modify or vacate any arbitration award in this matter.

IT IS SO STIPULATED.

DATED: 10/25, 2005

KASTNER | BANCHERO LLP
ERIC C. KASTNER
SYDNEY L. HOWELL

By: _____
Sydney L. Howell
Attorneys for Plaintiff
TERRANCE SOPIRA

DATED: Oct 25, 2005

MARK A. WASSERMAN
SAMANTHA C. GRANT
MITCHELL SILBERBERG & KNUPP LLP

By: _____
Mark A. Wasserman
Attorneys for Defendant GLOBAL EXCHANGE SERVICES, INC.

Mitchell Silberberg & Knupp LLP

2
STIPULATION TO STAY CIVIL ACTION

[PROPOSED] ORDER

1. This action shall be stayed pending the completion of final and binding arbitration;

2. This Court shall retain jurisdiction over this action pending completion of final and binding arbitration;

3. The parties shall promptly notify this Court when the final and binding arbitration has been completed, at which time the parties shall file a stipulation to dismiss this action; and

4. Nothing herein prevents either party from seeking judicial review of any arbitration award in this matter pursuant to the terms of the Agreement or from bringing a petition under applicable law to enforce, modify or vacate any arbitration award in this matter.

IT IS SO ORDERED.

Date: 5/17/06

_____
United States District Court Judge

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California. I am over the age of 18, and not a party to the within action; my business address is Mitchell Silberberg & Knupp LLP, , Los Angeles, California 90064-1683.

On October 25, 2005, I served the foregoing document(s) described as: **STIPULATION TO STAY CIVIL ACTION PENDING RESOLUTION OF FINAL AND BINDING ARBITRATION; [PROPOSED] ORDER THEREON** on the parties in this action by placing a true copy thereof enclosed in sealed envelopes addressed as follows, and taking the action described below:

Eric C. Kastner, Esq.
Sydney L. Howell, Esq.
KASTNER / BANCHERO LLP
2465 E. Bayshore Rd., Ste. 405
Palo Alto, CA 94303
Telephone: (650) 967-7854
Facsimile: (650) 320-9640
*Attorneys for Plaintiff*
**TERRANCE SOPIRA**

☒ **BY PLACING FOR COLLECTION AND MAILING:** I sealed and placed the envelope(s) for collection and mailing following ordinary business practices. I am readily familiar with the firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at , Los Angeles, California 90064-1683 in the ordinary course of business.

Executed on October 25, 2005, at Los Angeles, California.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Ann P. Grosso

Mitchell Silberberg & Knupp LLP

0838813.2